UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Susan Hanson,
Plaintiff

v.                                                                    18-CV-0001-SM

Wentworth-Douglass Hospital,
Defendant

## STIPULATION OF DISMISSAL

Plaintiff Susan Hanson and Defendant Wentworth-Douglass Hospital, by their undersigned counsel, stipulate that this action is hereby dismissed with prejudice and without right to appeal. Each party shall bear its own costs and attorneys' fees, other than as otherwise stipulated between the Parties.

Respectfully submitted,
**SUSAN HANSON**, Plaintiff
By her attorneys,

Dated: April 18, 2019        By:        /s/ LESLIE H. JOHNSON
                                        Leslie H. Johnson, Esquire  - #5545
                                        LAW OFFICE OF LESLIE H. JOHNSON, PLLC
                                        PO Box 265
                                        Center Sandwich, NH 03227-0265
                                        (603) 284-6600
                                        leslie@lesliejohnsonlaw.com

                                        AND

Dated: April 18, 2019        By:        /s/ JOHN G. VANACORE
                                        John G. Vanacore, Esquire - #2611
                                        VANACORE LAW OFFICE, LLC
                                        19 Washington St
                                        Concord, NH 03301
                                        (603) 228-1180
                                        john@vanacorelaw.com

                                             **Wentworth-Douglass Hospital**, Defendant
                                             By its attorneys,

Dated: April 18, 2019        By:        /s/ MARTHA VAN OOT
                                             Martha Van Oot, Esquire – #963
                                             JACKSON LEWIS, PC
                                             100 International Dr, Suite 363
                                             Portsmouth, NH 03801
                                             (603) 559-2735
                                             Martha.vanoot@jacksonlewis.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have caused a copy of the above to be electronically served through ECF this date to those on the ECF service list.

                                                            /s/ LESLIE H. JOHNSON
                                                            Leslie H. Johnson, Esquire